**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD T. KENNEDY,<br><br>         Plaintiff,<br><br>    vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>         Defendant.<br>_____ / | No. CIV S-04-1591-DFL-CMK<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff, who is proceeding pro se, filed this action on August 6, 2004. On that same date, the court issued an order requiring plaintiff to serve the defendant in a timely manner pursuant to Federal Rule of Civil Procedure 4(m). To date, more than 120 days have passed since the complaint was filed and it appears that the defendant has not been served.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in

2 writing, within 20 days of the date of service of this order, why this action should not be

3 dismissed for lack of prosecution and failure to comply with rules and court order. <u>See</u> Local

4 Rule 11-110.

5 DATED: September 21, 2005.

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE